MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorneys for Defendant Ortiz-Ibarra

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:21-CR-00052-JCM-DJA |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **SENTENCING HEARING** |
| ) | |
| LUIS ENRIQUE ORTIZ-IBARRA, ) | **(SECOND REQUEST)** |
| Defendant. ) | |

IT IS HEREBY STIPULATED and agreed, by and between JASON M. FRIERSON, United States Attorney, by JOSHUA BRISTER, Assistant United States Attorney, LUIS ENRIQUE ORTIZ-IBARRA, Defendant, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, WRIGHT MARSH & LEVY, that the sentencing hearing currently scheduled for February 1, 2023, at 11:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the PSR with the client and to prepare for sentencing.

2. The parties agree to the continuance. Mr. Ortiz-Ibarra is presently in custody and agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the second request for a continuance of the sentencing hearing.

Dated this 10th day of January, 2023.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| --- | --- |
| | United States Attorney |
| By  /s/ *Monti Jordana Levy* | By  /s/ *Joshua Brister* |
| MONTI JORDANA LEVY, ESQUIRE | JOSHUA BRISTER |
| Counsel for Ortiz-Ibarra | Assistant United States Attorneys |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>           Plaintiff,                          )<br>                                                       )<br>    vs.                                           )<br>                                                       )<br>LUIS ENRIQUE ORTIZ-IBARRA,  )<br>                                                       )<br>           Defendant.                      )<br>_____)  | Case No.  2:21-CR-00052-JCM-DJA<br><br>**ORDER** |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for February 1, 2023, at 11:00 a.m., be vacated and continued to **March 3, 2023, at 10:30 a.m.**

Dated: January 11, 2023

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3